Fill in this information to identify the case:

Debtor name: **Tanga.com**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): **2:18-bk-06314-BMW**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arrow Electronics  7459 South Lima Street  Englewood, CO 80112 | | Trade Debt | Disputed | | | $51,529.10 |
| Barbados Leather  130 Patterson Street  Perth Amboy, NJ 08861 | | Trade Debt | Disputed | | | $68,470.24 |
| Broadfashion LLC  1700 San Pablo Road S. suite 404  Jacksonville, FL 32224-2045 | | Trade Debt | Disputed | | | $86,575.70 |
| Brooklyn Bedding LLC  4455 W Camelback Rd  Phoenix, AZ 85031 | | Trade Debt | Disputed | | | $147,016.80 |
| Comfort Linen Inc  1497 Schenectady Ave  STE 12  Brooklyn, NY 11203 | | Trade Debt | Disputed | | | $67,200.21 |
| Discount Magazines LLC  10115 E Bell Rd #107-629  Scottsdale, AZ 85260 | | Other Liability | Disputed | | | $234,907.00 |
| Emson Inc  230 Fifth Avenue  Suite 800  New York, NY 10001 | | Trade Debt | Disputed | | | $97,017.49 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **M&S Bargain Hunters - Online Dept.**<br>**1190 Fulton St**<br>**Brooklyn, NY 11216** | | **Trade Debt** | **Disputed** | | | $118,424.20 |
| **MJS Imports**<br>**2719 Coney Island Avenue, 2nd Floor**<br>**Brooklyn, NY 11235** | | **Trade Debt** | **Disputed** | | | $66,627.24 |
| **Nationwide Campus**<br>**246 Industrial Way West**<br>**Eatontown, NJ 07724** | | **Trade Debt** | **Disputed** | | | $72,270.83 |
| **New York State Department of Taxation**<br>**PO Box 5300**<br>**Albany, NY 12227** | | **Taxes** | | | | $118,913.37 |
| **Noll Enterprises aka iEnjoy**<br>**545 S. Hercules Ave. Suite 301**<br>**Clearwater, FL 33764** | | **Trade Debt** | **Disputed** | | | $126,728.67 |
| **QWI**<br>**11835 W Olympic Blvd Suite 1160E**<br>**Los Angeles, CA 90064** | | **Trade Debt** | **Disputed** | | | $131,175.39 |
| **Shenzhen Malloom Technology Co Ltd**<br>**Shenzhen Longhua Street Donghuan Load Xu**<br>**Shenzhen, ID** | | **Trade Debt** | **Disputed** | | | $194,753.64 |
| **Tech Defenders**<br>**2350 Oak Industrial Drive NE**<br>**Grand Rapids, MI 49505** | | **Trade Debt** | **Disputed** | | | $70,209.00 |
| **Tech Rabbit LLC.**<br>**601 Lehigh Ave**<br>**Union, NJ 07083** | | **Trade Debt** | **Disputed** | | | $82,108.91 |
| **The CIT Group Harvic International**<br>**10 W 33rd St Suite 508**<br>**New York, NY 10001** | | **Trade Debt** | **Disputed** | | | $62,167.90 |
| **Trademark Global**<br>**7951 West Erie Ave**<br>**Lorain, OH 44053** | | **Trade Debt** | **Disputed** | | | $79,074.51 |

| Debtor | Tanga.com | Case number *(if known)* | 2:18-bk-06314-BMW |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trend Global, llc**<br>**P O Box 1366**<br>**Morton Grove, IL**<br>**60053-1366** | | **Trade Debt** | **Disputed** | | | $53,659.87 |
| **V-Telecommunications**<br>**1090 Coney Isalnd Ave**<br>**Suite: 1R**<br>**Brooklyn, NY 11230** | | **Trade Debt** | **Disputed** | | | $74,210.71 |