# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TANGA.COM, LLC,<br><br>        Debtor. | (Chapter 7 Case)<br><br>No. 2:18-bk-06314-BMW<br><br>**ORDER APPROVING TRUSTEE'S APPLICATION TO COMPROMISE CLAIM AND TO APPROVE AND AUTHORIZE TRUSTEE TO EXECUTE A SETTLEMENT AGREEMENT AND RELEASE WITH TAGCO USA, INC.** |

Upon consideration of the Trustee's *Application to Compromise Claim and to Approve and Authorize Trustee to Execute a Settlement Agreement and Release with TagCo USA, Inc.* ("**Application**") filed by Constantino Flores, Chapter 7 Trustee ("**Trustee**"), and good cause appearing therefor;

**THE COURT FINDS** that the settlement is in the best interest of the Estate, that the settlement has been duly noticed, with no objections having been received and all other requirements of Bankruptcy Rule 9019 having been satisfied;

**IT IS HEREBY ORDERED** approving the Application and authorizing Trustee to accept the sum of $80,000.00 ("**Settlement Amount**") pursuant to the terms set forth in the Application, as full and complete settlement of the Preference Claim[1] and to satisfy TagCo USA, Inc.'s ("**TagCo**") liability under the Default Judgment.

**IT IS FURTHER ORDERED** approving the terms of the Settlement Agreement and authorizing the Trustee to enter into and execute the Settlement Agreement and to take any actions

---

[1] Unless otherwise defined in this Order, capitalized terms used herein shall have the meaning ascribed to them in the Application filed on April 27, 2021 [Dkt. 578].

necessary to effectuate the terms of the Settlement Agreement, subject to non-material modification by the Trustee and/or TagCo.

**DATED AND SIGNED ABOVE**